1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE GRACE MILES,

Debtor.

Case No: CV 10-940 SBA

**ORDER OF REFERRAL**

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Maxine M. Chesney to consider whether it is related to <u>Miles v. Makashima</u>, C 06-1295 MMC.

IT IS SO ORDERED.

Dated: 6/25/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT FOR THE |
| 2   | NORTHERN DISTRICT OF CALIFORNIA |

IN RE: GRACE MILES,

        Plaintiff,

  v.

IN RE: GRACE MILES et al,

        Defendant.
_____/

Case Number: CV10-00940 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

  Office of the Trustee / SF
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

  United States Bankruptcy Court, Northern District of California
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Grace Marie Miles
P.O. Box 1246
Menlo Park, CA 94026

Thomas E. Carlson
United States Bankrupty Court San Francisco
235 Pine Street
P.O. Box 7341
San Francisco, CA 94104

Dated: June 25, 2010

                    Richard W. Wieking, Clerk

                            By: LISA R CLARK, Deputy Clerk