1
2
3
4              UNITED STATES DISTRICT COURT
5           FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                      OAKLAND DIVISION
7

| | |
|---|---|
| 8  IN RE GRACE MILES, | Case No:  CV 10-940 SBA |
| 9         Debtor. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for June 24, 2010 is CONTINUED to **July 15, 2010 at 3:30 p.m.**  The parties shall <u>meet and confer</u> prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Debtor shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 6/22/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: GRACE MILES,

        Plaintiff,

  v.

IN RE: GRACE MILES et al,

        Defendant.
_____/

Case Number: CV10-00940 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Office of the Trustee / SF
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

United States Bankruptcy Court, Northern District of California
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Grace Marie Miles
P.O. Box 1246
Menlo Park, CA 94026

Thomas E. Carlson
United States Bankrupty Court San Francisco
235 Pine Street
P.O. Box 7341
San Francisco, CA 94104

Dated: June 23, 2010

Richard W. Wieking, Clerk

By: LISA R CLARK, Deputy Clerk